IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ANTIONO PEACOCK, SR.                                                                              PLAINTIFF

v.                                 Civil No. 4:09-cv-04005

MILLER COUNTY, ARKANSAS;
SHERIFF LINDA RAMBO;
WARDEN JANICE NICHOLSON;
and SGT. DOLLY SIMMONS                                                                     DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff, Antiono Peacock, Sr., filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 on January 1, 2009.  His complaint was filed *in forma pauperis*.

Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2007), the Honorable Harry F. Barnes, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.  On April 7, 2010, Defendants filed a motion to dismiss (Doc. 27). This motion has been referred to me.

On March 18, 2010, I entered an order (Doc. 25) granting the Defendants' motion to compel (Doc. 23).  Plaintiff was directed to provide the Defendants with discovery responses by April 2, 2010.  In their motion to dismiss, Defendants state they have not received the discovery responses from the Plaintiff.  To date, Plaintiff has not responded to the motion to dismiss.  He has not sought an extension of time to respond to the discovery or to the motion to dismiss.

I therefore recommend that the Defendants' motion to dismiss (Doc. 27) be granted.  This case should be dismissed based on Plaintiff's failure to comply with the order of the court and his failure to prosecute this action.  *See* Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 5th day of May 2010.

       /s/ Barry A. Bryant
       HON. BARRY A. BRYANT
       UNITED STATES MAGISTRATE JUDGE