IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION


ANTIONO PEACOCK, SR.                                        PLAINTIFF


VS.                              CASE NO. 09-CV-4005


MILLER COUNTY, ARKANSAS;
SHERIFF LINDA RAMBO; WARDEN
JANICE NICHOLSON; and SGT.
DOLLY SIMMONS                                       DEFENDANTS


**ORDER**

Before the Court is the Report and Recommendation filed May 5, 2010, by the Honorable

Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (Doc. No.

28).  Fourteen (14) days have passed without objections being filed by the parties.  The Court

adopts *in toto* the magistrate judge's findings and recommendations.

Accordingly, the Court finds that the Defendants' Motion to Dismiss should be and

hereby is **granted**.  Plaintiff's Complaint against the Defendants is hereby dismissed based upon

Plaintiff's failure to comply with an order of the Court and failure to prosecute this action.  *See*

Fed. R. Civ. P. 41(b).

IT IS SO ORDERED, this 15th day of June, 2010.


                                    /s/Harry F. Barnes
                                    Hon. Harry F. Barnes
                                    United States District Judge